### (May 8, 1939.)

HARRIET FIELD, Alleged Appellant, v. NEW YORK STATE ELECTRIC & GAS CORPORATION, Alleged Respondent.— Motion to dismiss appeal from the judgment herein granted, with ten dollars costs. Motion to dismiss appeal from order denying plaintiff's motion for a new trial on the ground of newly-discovered evidence granted, unless appellant pefects appeal, files and serves record and brief, and is ready for argument at the term of this court commencing May 8, 1939, in which event the motion is denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

### (May 8, 1939.)

In the Matter of the Application of MICHAEL·STOLTZ and Others for an Order against WATER POWER & CONTROL COMMISSION OF THE CONSERVATION COMMISSION OF THE STATE OF NEW YORK and LITHGOW OSBORNE and Others, as Members of Said Commission.— Motion to dismiss appeal denied.

BEATRICE TURTURRO, Respondent, v. MICHAEL TURTURRO, Appellant.— Stay granted until May 16, 1939. Case to be argued at that time on typewritten briefs. Application for further stay may be made at that time.

### (May 10, 1939.)

In the Matter of the Claim of LARRY ABBATE, Appellant, against ACME BARBER SHOP and CENTURY INDEMNITY INSURANCE Co., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for permission to appeal on typewritten papers granted.